IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DEMETER TECHNOLOGY, LLC,, <br><br> Plaintiff, <br><br> v. <br><br> FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 2:10-cv-00209-TJW <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff, Demeter Technology, LLC, and defendant, Ricoh Americas Corp., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Demeter Technology, LLC, and defendant, Ricoh Americas Corp., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENTS IN SUIT SETTLEMENT AGREEMENT" and dated July 29, 20ll.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 29th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE