IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DEMETER TECHNOLOGY, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 2:10-CV-209-JRG |
| | § |
| FUJITSU COMPUTER PRODUCTS OF | § |
| AMERICA, INC., et al, | § |
| | § |
| Defendants. | § |

## ORDER

The Court enters this Order *sua sponte*. According to the Court's docket, it appears that at least one defendant (e.g. Oki Data Americas, Inc.) remains in this case, and it appears that the last substantive activity in this case occurred in February of 2013. In accordance with Local Rule CV-41, Plaintiff Technology Properties is ORDERED to show cause within 30 days of the date of this Order why this action should not be dismissed for failure to prosecute the claims, if any, remaining at issue.

**So ORDERED and SIGNED this 3rd day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE